KATHARINE KAVANAGH, as Administratrix, etc., of JAMES KAVANAGH, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

LUIGI MATTOLA, Appellant, v. ROSA LUONGO, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the June term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HARRIET J. MCCOUN, Appellant, v. AMY K. PIERPONT and NELLIE CRANZ, Respondents.— Motion for leave to appeal to the Court of Appeals granted.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JAMES E. NICHOLSON, Respondent, v. OTTO J. DE PARRIE, Appellant.— Motion denied, without costs.  Present — Blackmar, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO BUONO, Appellant.— Motion granted.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.  Settle order on notice before the presiding justice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE SIWINSKI, Appellant.— Motion for hearing the appeal on the original minutes granted.  Appellant, however, to file a printed brief in accordance with the rules of this court.*  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

DAVID J. ROSS, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

FRED O. SEAVER, Appellant, v. LINDSAY LIGHT COMPANY, Respondent.— Motion denied, without costs.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion denied, without costs.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ALBERT L. THOMPSON, Respondent, v. JACOB H. LEO, Appellant.— Motion granted by default.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

MAX W. AMBERG and NATHAN FRIED, Respondents, v. WALTER C. ALLEN, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.  Settle order on notice before the presiding justice.

CLOTILDE BUDRACCO, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order of the Appellate Term unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

* See App. Div. Rules, 2d Dept., rule 9.— [REP.